**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DOMINIQUE TOMPKINS<br><br>        Plaintiff,<br><br>  v.<br><br>ROMEO & JULIET, INC. DBA BEARPAW,<br><br><br>        Defendant. | Civil Action No. 1:25-cv-06825 |

**<u>NOTICE OF SETTLEMENT</u>**

        Plaintiff Dominique Tompkins hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Romeo & Juliet, Inc. dba Bearpaw. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: September 3, 2025                      Respectfully Submitted,

                                    */s/ Benjamin J. Sweet*
                                   Benjamin J. Sweet
                                   ben@nshmlaw.com
                                   **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                   101 Pennsylvania Boulevard, Suite 2
                                   Pittsburgh, Pennsylvania 15228
                                   Phone: (412) 857-5350

                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 3rd day of September, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
