**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DOMINIQUE TOMPKINS, <br><br> Plaintiff, <br><br> v. <br><br> ROMEO & JULIET, INC. DBA BEARPAW, <br><br><br> Defendant. | Civil Action No. 1:25-cv-06825 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.  Whereas Plaintiff Dominique Tompkins filed the above-referenced case against Defendant Romeo & Juliet, Inc. dba Bearpaw, on June 20, 2025.

2.  Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.  Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: October 13, 2025    Respectfully Submitted,

            */s/ Benjamin Sweet*
            Benjamin J. Sweet
            ben@nshmlaw.com
            **NYE, STIRLING, HALE, MILLER, &
            SWEET LLP**
            101 Pennsylvania Boulevard, Suite 2
            Pittsburgh, PA 15228

            *Attorneys for Plaintiff*

2

**<ins>CERTIFICATE OF SERVICE</ins>**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 13th day of October, 2025.

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet

2